**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 22, 2015

Hon. Marc Hamlin
District Clerk
300 E. 26th St., Suite 216
Bryan, TX 77803-5360
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00080-CR
Tr.Ct.No. 12-01541-CRF-85
Style:    JESSE TIRADO LOPEZ v. THE STATE OF TEXAS


The judgment of the trial court was AFFIRMED by this Court on the 12th day of February, 2015.   The mandate is enclosed.

Tex R. App. P. 51.2(a)(1) provides that the clerk of the trial court shall send an acknowledgment to the clerk of the appellate court of the receipt of the mandate.  Please review the requirements of Tex. R. App. P. 51.2(b) regarding the issuance of a capias in cases in which the trial court's judgment is affirmed and the defendant is not in custody.

Please sign the attached acknowledgment of receipt of the mandate and submit through the TAMES Records Submission Portal (RSP) as soon as possible.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   Hon. Richard W. B. 'Rick' Davis (DELIVERED VIA E-MAIL)
      Hon. Jessica Escue (DELIVERED VIA E-MAIL)
      Hon. Jarvis Parsons (DELIVERED VIA E-MAIL)

---

I hereby acknowledge receipt of the mandate in cause no. 13-13-00080-CR this _____ day of _____, 2015.

District/County Clerk,

By :_____